IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-00120-02

YAIDELYS ACOSTA

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to travel to Miami while on bond. (ECF No. 112). The government does not oppose defendant's motion. After consultation with the United States Probation Office and for the reasons outlined in defendant's motion, the motion is **GRANTED** consistent with the terms laid out in defendant's motion. Defendant should consult with her probation officer concerning the parameters of her travel and any other restrictions thereon.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 10th day of December, 2019.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge